**ORIGINAL**

**FILED**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JAN 2 2 2018

U.S. COURT OF
FEDERAL CLAIMS

No. 17-1901 T
(Senior Judge Nancy B. Firestone)

CARY ZOLMAN

Plaintiff,

v.

THE UNITED STATES,

Defendant.

NOTICE OF APPEARANCE

Please enter the appearance of Katherine Powers, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Katherine Powers, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
Email: Katherine.Powers@usdoj.gov

Dated: January 22, 2018

KATHERINE POWERS
Trial Attorney
Justice Department (Tax)
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station,
Washington, D.C. 20044
(202) 514-1919
Fax: (202) 514-9440

RECEIVED - USCFC

JAN 2 2 2018

CERTIFICATE OF SERVICE

I certify that service of the foregoing notice of appearance has, this 22nd day of January, 2018, been made on plaintiff, *pro se* by mailing a copy thereof, in a postage prepaid envelope, to the following address:

> Cary Zolman
> 668 Bear Creek Dr.
> Hurst, TX  76054

*/s/ Katie M. Stevens*
Court of Federal Claims Section
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C.  20044
(202) 307-6440