ORIGINAL

# In the United States Court of Federal Claims

No. 17-1901T and 17-1902T

FILED
APR - 6 2018
U.S. COURT OF
FEDERAL CLAIMS

CARY A. ZOLMAN,

    Plaintiff,

v.

THE UNITED STATES,

    Defendant.

JUDGMENT

Pursuant to the court's Order, filed April 6, 2018, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed.

Lisa L. Reyes
Clerk of Court

**April 6, 2018**

By: *Anthony Curry*
Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $505.00.